**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MARK W. WILSON**                                                                                          **PETITIONER**

**VS.**              **CASE NO.: 5:12CV00120 SWW/BD**

**RAY HOBBS, Director,**                                                                                  **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") received from Magistrate Judge Beth Deere. The parties have not filed any objections to the Recommendation.

This Court adopts the Recommendation as its own. Mark W. Wilson's Petition for Writ of Habeas Corpus (docket entry #1) and Amended Petition for Writ of Habeas Corpus (#8) are dismissed, with prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 13th day of September, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE