**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MARK W. WILSON**                                                                   **PETITIONER**

**VS.**            **CASE NO.: 5:12CV00120 SWW/BD**

**RAY HOBBS, Director,**                                                             **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

In accordance with the Court's Order entered this date, Mark W. Wilson's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus (docket entry #1) and Amended Petition for Whit of Habeas Corpus (#8) are DISMISSED, with prejudice.

IT IS SO ORDERED this 13th day of September, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE